**UNITED STATES of America,
Appellant,**

v.

**Robert C. MUSSMAN, Trustee in Bankruptcy of Wilfred J. Parchem and Harold N. Langdon, d/b/a Aladdin Food Plan, a co-partnership, Bankrupt.**

No. 16088.

United States Court of Appeals
Eighth Circuit.

Nov. 3, 1958.

Fallon Kelly, U. S. Atty., and Kenneth G. Owens, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Gerald E. Magnuson, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from the District Court, In re Parchem, D.C., 166 F.Supp. 724, dismissed, on stipulation of parties.

**John Will BUSTER, Appellant,**

v.

**Dr. R. O. SETTLE, Warden, United States Medical Center, Springfield, Missouri, et al.**

No. 16139.

United States Court of Appeals
Eighth Circuit.

Dec. 16, 1958.

John Will Buster, pro se.

Edward L. Scheufler, U. S. Atty., and O. J. Taylor, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, on motion of appellee.

**Carl J. FOX, Appellant,**

v.

**Sam A. EISEN et al.**

No. 16075.

United States Court of Appeals
Eighth Circuit.

Dec. 5, 1958.

Emerson Foulke and Stanley P. Clay, Joplin, Mo., for appellant.

Ray E. Watson, Joplin, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

**UNITED STATES of America,
Appellant,**

v.

**353 CASES, MORE OR LESS, EACH CONTAINING 6 ONE–HALF GALLON BOTTLES, etc.; Mountain Valley Sales Company, et al.**

No. 16010.

United States Court of Appeals
Eighth Circuit.

Dec. 31, 1958.

Charles W. Atkinson, U. S. Atty., Ft. Smith, Ark., Frank J. Kiernan, Atty., Department of Justice, Paul M. Steffy, Atty., Food & Drug Division, Department of Health, Education and Welfare, Washington, D. C., for appellant.

Edward L. Wright, Little Rock, Ark., J. F. Schlafly, Jr., Alton, Ill., and Robert F. Schlafly, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.